IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

**FILED**

Fairfax County School Board
Plaintiff(s)

vs

Case Number: 1:12-CV-1480

2013 JAN 10 P 12: 05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Cary Wiedemann
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on January 9, 2013 at 4:17 PM, I executed service of process upon **CARY WIEDEMANN** at 14120 Parke Long Court, Suite 201, Chantilly, VA 20151 by delivering to and leaving with personally, copies of a Summons In A Civil Action, Complaint For Injunctive Relief and Damages and Exhibits A-C.

Cary Wiedemann is described as a White Male, approximately 5' 8" tall, 160-170 pounds, Brown eyes, Glasses, Short Black hair, and 34 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am over the age of 18 years; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 9, 2013.

Date January 9, 2013.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on January 9, 2013.

_____
My Commission Expires: 05/31/2013
Reg. #105386

Ref.# 102531

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD <br><br> *Plaintiff(s)* <br> v. <br><br> CARY WIEDEMANN <br> 8665 Sudley Road #167 <br> Manassas, Virginia 20110 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:12CV1480 CMH/TCB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CARY WIEDEMANN
8665 Sudley Road #167
Manassas, Virginia 20110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sona Rewari, Esq., Hunton & Williams LLP, 1751 Pinnacle Drive, Suite 1700, McLean, Virginia 22102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 3, 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12CV1480 CMH/TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                             *Server's signature*

                             _____
                             *Printed name and title*


                             _____
                             *Server's address*

Additional information regarding attempted service, etc: