IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Fairfax County School Board ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:12cv1480 |
| ) | |
| John Doe, et al. ) | |
| Defendants ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff request to enter default and the declaration of Sona Rewari, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Cary Wiedemann for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

By: _____/s/_____
Kathy Lau
DEPUTY CLERK

Dated:  4/9/2013