IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FAIRFAX COUNTY SCHOOL BOARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12CV1480-CMH/TCB |
| | ) | |
| JOHN DOE, a/k/a "FAIRFAX LEAKS," | ) | |
| CARY WIEDEMANN | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, the Fairfax County School Board, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses this action without prejudice.  The School Board states that no Defendant has served an answer or motion for summary judgment in this case.  The School Board further states that it has not previously dismissed any federal- or state-court action based on or including the same claims asserted in this action.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: _____/s/_____
Sona Rewari (VSB No. 47327)
Thomas J. Cawley (VSB No. 04612)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7512
(703) 918-4018 (fax)
srewari@hunton.com
tcawley@hunton.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by electronic mail and first-class U.S. mail, on April 24, 2013, to:

Cary Wiedemann
8665 Sudley Road, #167
Manassas, VA 20110
cary@fairfaxunderground.com

                                                          /s/
Sona Rewari (VSB No. 47327)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7512
(703) 918-4018 (fax)
srewari@hunton.com